**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Dominique Just FIELDS,**
**a.k.a. Dominique Fields,**
**Defendant–Appellant.**

**No. 11–13645**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 10, 2013.

Peggy Morris Ronca, Tanya Davis Wilson, U.S. Attorney's Office, Orlando, FL, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Robert Godfrey, Stephen John Langs, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL,

Dominique Just Fields, USP Big Sandy, Inez, KY, for Defendant–Appellant.

Before MARCUS, MARTIN and KRAVITCH, Circuit Judges.

**PER CURIAM:**

Robert Godfrey, appointed counsel for Dominique Fields in this direct criminal appeal, has moved to withdraw from further representation of the appellant, and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Fields's convictions and sentences are **AFFIRMED.**